**Acharmu Yazaid CROSBY, Petitioner—Appellant,**

v.

**Arnold SCHWARZENEGGER, in his official capacity as the Governor of the State of California; et al., Respondents—Appellees.**

No. 05–55330.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Filed July 26, 2006.

Acharmu Yazaid Crosby, Blythe, CA, pro se.

George H. Williamson, Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

California state prisoner Acharmu Yazaid Crosby appeals pro se from the district court's judgment dismissing his 28

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.
** This disposition is not appropriate for publi-

U.S.C. § 2254 petition challenging the conditions of parole imposed following his conviction for being a felon in possession of a firearm. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *see White v. Lambert,* 370 F.3d 1002, 1005 (9th Cir.2004), and we affirm.

The district court correctly determined that Crosby failed to exhaust his state court remedies prior to filing his federal habeas petition. *See* 28 U.S.C. § 2254(b)(1). Accordingly, we decline to address Crosby's substantive contentions.

All pending motions are denied.

**AFFIRMED.**